05-15-00956-CV

FILED IN
Court of Appeals

DEC 2 2 2015

Lisa Matz
Clerk, 5th District

## CERTIFICATE OF CONFERENCE

I certify that on December 21, 2015  I emailed Burford and Ryburn,  and Wilson, Elser, Moskowitz, Edelman & Dicker, LLP that I had filed an Amended Appellants' Motion to the motion filed on December 18, 2015 with the particulars of the amendment.  This was about 4:30pm.  I believe the appellees have indicated they would file a brief after my brief was filed (supplemental brief in process).

Susan Ann Fisher, Appellant

1